B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLUMBIA

In re   Landmark Electrical Supply, LLC,            Case No. _____

        Debtor

                                    Chapter           11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| District of Columbia Office of Tax and Revenue, P.O. Box 98095 Washignton, District of Columbia 20090 | | taxes and certain other debts owed to governmental units | This claim is disputed. | $692,946.00 |
| Valley Lighting 601-U Hammonds Ferry Road Linthicum, Maryland 21090 | Womble Carlyle Sandridge & Rice, PLLC 250 W. Pratt Street Suite 1300 Baltimore, Maryland 21201 | None | | $413,529.18 |
| District of Columbia Office of Tax and Revenue, P.O. Box 98095 Washignton, District of Columbia 20090 | | None | | $192,946.40 |
| Maurice Electrical Supply Company P.O. Box 759202 Baltimore, Maryland 21275 | | None | | $116,207.86 |

| | | | | |
|---|---|---|---|---|
| Vision Lighting, inc.<br>300-308 Vine Street, NW<br>Washington, D.C. 20012 | | None | | $46,352.41 |
| cOOPER b lINE<br>3343 Solutions Center<br>Chicago, Illinois 60677 | | None | | $38,109.93 |
| LED Living Technology<br>211 Sinclair Road #100<br>Bristol, Pennsylvania 19007 | | | | $29,772.60 |
| H.E. Williams, Inc.<br>831 W. Fairview Avenue<br>Carthage, Montana 64836 | | None | | $28,534.50 |
| Vee Street Associates Community Realty Company, Inc.<br>Greenbelt, Maryland 20770 | Greenstein DeLorme & Luchs, P.C.<br>1620 L Street, NW<br>Suite 900<br>Washington, D.C. 20036 | | | $26,050.75 |
| Republic Wire, Inc.<br>P.O. Box 645194<br>Cincinatti, Ohio 45264 | | None | | $21,970.23 |
| Colonial Electrical Supply<br>P.O. Box 414564<br>Boston, Maine 02241 | | None | | $19,674.48 |
| Mobern Lighting Co.<br>9731 Baltimore Avenue<br>Laurel, Maryland 20723 | | None | | $14,325.70 |

B 4 (Official Form 4) (12/07)

| | | |
|---|---|---|
| Simkar<br>P.O. Box 822539<br>Philadelphia, Pennsylvania 19182 | | $12,775.46 |
| DMF Lighting<br>1118 223rd Street<br>Carson, California 90745 | None | $12,518.74 |
| NSI Tork<br>9730 Northcross Center Court<br>Huntersville, North Carolina 28078 | None | $10,697.92 |
| Priority Wire & Cable, Inc.<br>P.O. Box 398<br>North Little Rock, Arkansas 72115 | None | $10,474.74 |
| Custom Cable Corp.<br>242 Butler Street<br>Westbury, New York 11590 | None | $10,320.00 |
| Cree Inc.<br>301 South Tryon Street<br>Charlotte, North Carolina 28288 | None | $9,450.00 |
| Steel Electric Products<br>6301 New Utrecht Avenue<br>Brooklyn, New York 11219 | None | $9,246.75 |
| Terralux<br>1830 Lefthand Circle<br>Longmont, Colorado 80501 | None | $9,246.75 |

Date: March 2, 2015

/s/ Levi Foster
Debtor

# DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

B 4 (Official Form 4) (12/07)

      I, , of Landmark Electrical Supply, LLC named as the debtor in this case, declare under penalty of perjury that I have read the foregoing and that it is true and correct to the best of my information and belief.

Date:    March 2, 2015               /s/ Levi Foster

,