Allied Trading
10555 Gulliford Road
Jessup, MD 20794


American Scientific Lighting
25 Twelfth Street
Brooklyn, NY 11215


AT&T
P.O. Box 5019
Carol Stream, IL 60197


Atlantic Lighting, inc.
231 Commerce Drive
Fall River, ME 02720


Aurora Lighting
19329 US Highway 19 North
Clearwater, FL 33764


Barron Lighting Group
1911 West Parkside Lane
Phoenix, AZ 85027


Bay Lighting
2146 Priest Bridge Court
Crofton, MD 21114


Breakers & Controls, Inc.
700 Rt 46 West
Clifton, NJ 07013


Candela Corporation
14420 Myford Road
Irvine, CA 92606

Colonial Electrical Supply
P.O. Box 414564
Boston, ME 02241


Comcast
P.O. Box 3006
Southeastern, PA 19398


cOOPER b lINE
3343 Solutions Center
Chicago, IL 60677


Cree Inc.
301 South Tryon Street
Charlotte, NC 28288


Custom Cable Corp.
242 Butler Street
Westbury, NY 11590


DC Water and Sewer Authority
Customer Service Dept.
Washington, DC 20090


District of Columbia
Office of Tax and Revenue, P.O. Box 9809
Washignton, District of Columbia 20090


District of Columbia
P.O. Box 419
Washington, DC 20044


Diversitech Corporation
6650 Sugarloaf Parkway
Duluth, GA 30097

DMF Lighting
1118 223rd Street
Carson, CA 90745


DOES
Office of Unemployment Compensation, Tax
Washington, DC 20090


Eastern Electrical Liquidators
1511 N Street
Philadelphia, PA 19121


EIKO
23220 W. 84th Street
Shawnee, KS 66227


Federal Pacific
P.O. Box 8200
Bristol, VA 24203


GE Capital
P.O. Box 822108
Philadelphia, PA 19182


Greenstein DeLorme & Luchs, P.C.
1620 L Street, NW
Suite 900
Washington, DC 20036


H.E. Williams, Inc.
831 W. Fairview Avenue
Carthage, MT 64836


Halex
23901 Aurora Road
Cleveland, OH 44146

Highline Products
481 Munn Road
Fort Mill, SC 29715


Honeywell Cable
26140 Network Place
Chicago, IL 60673


Hubbell Wiring Devices
40 Waterview Drive
Shelton, CT 06484


Latino Economic Development Center
641 S Street, NW
Washington, DC 20001


LED Living Technology
211 Sinclair Road
#100
Bristol, PA 19007


Light Efficient Design
106 S. Wynestone Drive
Barrington, IL 60010


Litetronics
4101 W. 123rd Street
Alsip, IL 60803


Maurice Electrical Supply Company
P.O. Box 759202
Baltimore, MD 21275


Minerallac Company
100 Gast Road
Hampshire, IL 60140

Mobern Lighting Co.
9731 Baltimore Avenue
Laurel, MD 20723


Morris Products, Inc
53 Carey Road
Queensbury, NY 12804


Mulberry Metal Products
2199 Stanley Terrace
Union, NJ 07083


Myron Corp.
P.O. Box 660888
Dallas, TX 75266


National Pipe & Plastics, Inc.
3421 Old Vestal  Road
Vestal, NY 13850


Nestle Pure Life Direct
P.O. Box 856192
Louisville, KY 40285


Nexans
P.O. Box 512534
Philadelphia, PA 19175


Nora Lighting, Inc.
6505 Gayhart Street
Commerca, CA 90040


NSI Tork
9730 Northcross Center Court
Huntersville, NC 28078

Pepco
701 Ninth Street, NW
Washington,  20068


Priority Wire & Cable, Inc.
P.O. Box 398
North Little Rock, AR 72115


RAB Lighting
170
Northvale, NJ 07647


Republic Wire, Inc.
P.O. Box 645194
Cincinatti, OH 45264


Simkar
P.O. Box 822539
Philadelphia, PA 19182


Staples
P.O. Box 689020
Des Moines, IA 50368


Steel Electric Products
6301 New Utrecht Avenue
Brooklyn, NY 11219


Terralux
1830 Lefthand Circle
Longmont, CO 80501


The Law Office of Andrew Cabana, P.C
2121 Eisenhower Avenue
Alexandria, VA 22314

The Law Office of Christopher Anzidei
8381 Old Courthouse Road
#160
Vienna, VA 22182


Trade Service
13280 Evening Creek Drive South
sAN dIEGO, CA 92128


Uline
12575 Uline Drive
Pleasant Prairie, WI 53158


Valley Lighting
601-U Hammonds Ferry Road
Linthicum, MD 21090


Vee Street Associates
Community Realty Company, Inc.
Greenbelt, MD 20770


Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA 18002


Vision Lighting, inc.
300-308 Vine Street, NW
Washington, DC 20012


Washington Gas
P.O. Box 37747
Philadelphia, PA 19101


Wheatland Tube Company
900 Haddon Avenue
Collingswood, NJ 08108

Womble Carlyle Sandridge & Rice, PLLC
250 W. Pratt Street
Suite 1300
Baltimore, MD 21201

**UNITED STATES BANKRUPTCY COURT**
**District of Columbia**

In re:  **Landmark Electrical Supply, LLC**

_____

Debtors

Case No. _____

Chapter  **11**_____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:  **March 2, 2015**_____

Signed:  **/s/ Levi Foster**_____

Dated:  _____

Signed:  _____